# Third District Court of Appeal

## State of Florida

Opinion filed February 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1252
Lower Tribunal No. 19-15309
_____

## USAA Casualty Insurance Company,
Appellant,

vs.

## Yelena Prosvirnova and David L. Deehl,
Appellees.

An appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Law Offices of Charles M-P George, and Charles M-P George, Law Offices of Robert D. Tetreault, and Craig I. Kartiganer (Plantation), for appellant.

Scott Jay Feder, P.A., and Scott Jay Feder, Mandina & Ginsberg, LLP, and Marc R. Ginsberg, for appellees.

Before LOGUE, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Gabriel v. Disney Cruise Line, 93 So. 3d 1121 (Fla. 5th DCA 2012); Byrd v. Leach, 226 So. 2d 866 (Fla. 4th DCA 1969).